**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHARLES BUECHELE, et al.,** | ) | **CASE NO.  1:17-cv-02146-DAP** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **HARDWOOD LUMBER COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled. Accordingly, this case is dismissed with prejudice, each party to bear its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster    Jan. 17, 2018*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**